PETER KUNTOS, Appellant, v. GREEN BUS LINES, INC., Respondent.— In an action to recover damages for personal injuries sustained by plaintiff when he came in contact with a bus, the court sitting without a jury found that the accident happened in the manner described by defendant's witnesses and that plaintiff was guilty of contributory negligence. Plaintiff appeals from a judgment dismissing the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.

NORMAN M. OBEDIN, Doing Business as N. M. OBEDIN COMPANY, Respondent, v. FRANK OLISH, Appellant.—In an action to recover a real estate broker's commission, order denying appellant's motion for summary judgment, and granting respondent's cross motion for leave to serve a bill of particulars, to examine appellant and to add a party plaintiff, affirmed, with $10 costs and disbursements. No opinion. MacCrate, Schmidt and Beldock, JJ., concur; Adel, Acting P. J., and Wenzel, J., dissent and vote to reverse the order and to grant appellant's motion for summary judgment and to deny respondent's motion, with the following memorandum: Against the appellant's showing on the motion for summary judgment, respondent has failed to set forth evidentiary matter showing that he produced a purchaser ready, willing and able to purchase on the terms described by appellant, or that there was a meeting of the minds between the seller and purchasers on all the essential terms of an agreement of sale and purchase. [See *post*, p. 875.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. BRESLIN, Appellant.— Defendant appeals from a judgment of the County Court, Kings County, convicting him of criminal contempt of court and from "each and every intermediary order therein made." Judgment unanimously affirmed. (*Matter of Grand Jury of Co. of Kings* [*Nicastro—Chadeayne*], 279 App. Div. 915, affd. 303 N. Y. 983.) No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. (Code Crim. Pro., § 517.) Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD GRAHAM DENNIS, Appellant.— In this *coram nobis* proceeding, petitioner sought to have vacated a judgment of the County Court of Westchester County, convicting him variously of the crimes of robbery, burglary and grand larceny, upon pleas of guilty, and sentencing him to terms of imprisonment thereunder as a fourth felony offender. The appeal is by petitioner from an order of said court denying the said application. The said County Court treated the proceeding as "an application to vacate and correct judgments of conviction". Order affirmed. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.